# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20519-CIV-LENARD/WHITE

**JASPER MOORE**,

    Petitioner,

vs.

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge (D.E. 11), issued on October 8, 2008. To date, Petitioner has not filed any objections to the Report. After an independent review of the Report and record, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 11) is **ADOPTED**.

2. Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (D.E. 1), filed on or about February 27, 2008, is **DENIED.**

3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of October, 2008.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**